## DECLARATION OF MARY WESTER

I, MARY WESTER, attest to the truth of the facts stated herein.

1. My name is Mary Wester, and I am over the age of 18 and in all respects competent and qualified to make this Declaration. The information contained herein is based on my personal knowledge and/or information obtained by me from the records maintained by Wal-Mart in its regular course of business.

2. I am a citizen of the State of Florida. I am currently employed as a Pickup for Wal-Mart.

3. The incident involving the Plaintiff, James Deakins is alleged to have occurred on March 9, 2019.

4. At the time of the incident alleged in Plaintiff's Complaint, I was a customer service manager at 2144 West Indiantown Road Jupiter, Florida, Palm Beach County.

5. As a customer service manager, I was not responsible for maintenance of the area of this alleged incident nor was I responsible for supervision regarding maintenance of the area of this alleged incident.

6. I do not, and have not at any time, owned the subject premises which is the Wal-Mart store located at 2144 West Indiantown Road Jupiter, Florida, Palm Beach County, Florida, neither in my individual capacity nor as Store Manager.

7. I was not in the area of the subject incident at the date and time the incident is alleged to have occurred.

8. I did not witness Plaintiff's incident.

9. I did not personally participate in the events leading up to Plaintiff's alleged incident, nor did I individually engage in tortious conduct.

10. I did not create, or cause, a dangerous condition in the store on March 9, 2019, or any other day.

11. I did not have knowledge of the alleged dangerous condition prior to Plaintiff's incident.

12. I did not have knowledge of any Wal-Mart employee creating an allegedly dangerous condition in the area of Plaintiff's incident immediately prior to same or any other day.

13. I did not cause the alleged dangerous condition in the area of Plaintiff's incident immediately prior to same.

Under penalties of perjury under the laws of the United States, I declare that I head read the foregoing declaration and the facts stated in it are true to the best of my knowledge, information and belief.

Dated: May 25, 2021

Wester, Mary